■ The People of the State of New York, Respondent, v Todd Tilley, Appellant. [28 NYS3d 590]—Order, Supreme Court,

Bronx County (Seth L. Marvin, J.), entered on or about December 10, 2014, which denied defendant's Correction Law § 168-o (2) petition to modify his sex offender classification, unanimously affirmed, without costs.

Assuming without deciding that the order is appealable, we find that the court properly exercised its discretion in denying any modification of defendant's level three classification. The underlying sex crimes, several of which involved children, were both numerous and egregious, and defendant has not established that the mitigating factors he cites, such as his age and the absence of postrelease sex crimes, presently warrant a modification. Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Webber, JJ.